FIRST NAT. BANK OF AMSTERDAM v. MILLER et al. (two cases). (Supreme Court, Appellate Division, Third Department. March 23, 1900.) Action by the First National Bank of Amsterdam against John C. Miller and others. No opinion. Motions to amend orders of reversal denied. See 49 N. Y. Supp. 981.

FREIBERG, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Nathan Freiberg against the Brooklyn Heights Railroad Company. No opinion. Order reversed on argument, with $10 costs and disbursements, and motion granted, to the extent of permitting the plaintiff's attorney to continue the action, at his own expense, for the determination and enforcement of his lien.

GAEDEKE, Respondent, v. STATEN ISLAND M. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Barthold C. Gaedeke against the Staten Island Midland Railroad Company. No opinion. Motion for leave to appeal to the court of appeals denied. See 60 N. Y. Supp. 598; 61 N. Y. Supp. 290.

In re GALL'S ESTATE. (Supreme Court, Appellate Division, Second Department. March 13, 1900.) In the matter of the estate of Joseph Gall deceased. No opinion. Order, so far as it authorizes the bringing in of the infant Caroline Gall, reversed, with $10 costs and disbursements, on the authority of In re Gall's Estate (decided by this court on February 2, 1900) 62 N. Y. Supp. 420. See 59 N. Y. Supp. 254; 60 N. Y. Supp. 1138; 63 N. Y. Supp. 157.

In re GALL'S ESTATE. (Supreme Court, Appellate Division, Second Department. March 13, 1900.) In the matter of the estate of Joseph Gall, deceased. No opinion. Order staying proceedings reversed, with $10 costs and disbursements. See In re Gall's Estate (decided by this court on February 2, 1900) 62 N. Y. Supp. 420. See, also, 59 N. Y. Supp. 254; 60 N. Y. Supp. 1138; 63 N. Y. Supp. 157.

GALWAY et al., Respondents, v. NEW YORK EL. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. February 23, 1900.) Action by James Galway and others against the New York Elevated Railway Company and others. M. W. Gallaway, for appellants. J. A. Murray, for respondents. No opinion. Judgment affirmed, with costs.

GARRISON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 21, 1900.) Action by Isaac Garrison against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

GETMAN, Appellant, v. UNDERWOOD et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 7, 1900.) Action by Norman Getman, as executor, etc., against Celina Underwood and others. No opinion. Judgment affirmed, with costs.

In re GIHON'S WILL. (Supreme Court, Appellate Division, Second Department. March 6, 1900.) In the matter of the probate of the last will and testament of Caroline Remsen Gihon, deceased. No opinion. Order affirmed, with costs, on the opinion of the surrogate of Westchester county. See 58 N. Y. Supp. 1141; 59 N. Y. Supp. 494; 60 N. Y. Supp. 65, 1139; 61 N. Y. Supp. 244; 62 N. Y. Supp. 426.

GRIMES, Appellant, v. YOUNG et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 6, 1900.) Action by Thomas Grimes, as administrator, etc., against Nicholas P. Young, individually and as administrator, etc., and another. No opinion. Motion to dismiss appeal denied, with leave to renew, unless the appellant procures the cause to be settled, printed, and placed upon the calendar at the next term of this court.

GRIMES, Appellant, v. YOUNG et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 13, 1900.) Action by Thomas Grimes, as administrator of the estate of James Grimes, deceased, against Nicholas P. Young and others. No opinion. Motion granted, unless the appellant prepare and serve case, and bring the same on for argument at the next term of this court, and pay $10 costs within 10 days.

HAFF, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. March 5, 1900.) Action by Charles E. Haff against the Metropolitan Street Railway Company. From a judgment for plaintiff, defendant appeals. Affirmed. Henry A. Robinson, for appellant. Henry De Forest Baldwin, for respondent.

PER CURIAM. There is evidence that the wagon was pulled upon the track 50 feet ahead of the car, and had proceeded along in front of the car 70 feet, before it was struck. This is sufficient, under the other circumstances, to sustain a finding of negligence on defendant's part and freedom from contributory negligence on plaintiff's part. The evidence warrants a finding of the loss of $81.83 through expense incurred in repairing, and $40 through depreciation in the value of the wagon, and of no other loss. The reasonable cost of hiring another wagon was not shown. As the damages were found to be $160, the judgment is modified by reducing it $38.17, and, as so modified, is affirmed, without costs.

In re HALLEN. (Supreme Court, Appellate Division, First Department. February 23, 1900.) In the matter of James D. Hallen. No opinion. Application granted.

HAMILTON, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 6, 1900.) Action by John C. L. Hamilton against Egbert Z. Smith and Alonzo E. Smith. No opinion. Order affirmed by default.